## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KOTENKO, PAULINE F                              §    Case No. 10-73061
                                                       §
                                                       §
Debtor(s)                                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/28/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 01/05/2011 _____        By:   /s/JOSEPH D. OLSEN _____
                                                       Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KOTENKO, PAULINE F | § | Case No. 10-73061 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 36,000.09 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [L] | $ | 36,000.09 |
| **Balance on hand:** | $ | 36,000.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |
| | | Total to be paid to secured creditors: | | $ | 0.00 |
| | | Remaining balance: | | $ | 36,000.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 4,350.01 | 0.00 | 4,350.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 127.08 | 0.00 | 127.08 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 912.00 | 0.00 | 912.00 |
| Total to be paid for chapter 7 administration expenses: | | $ | 5,389.09 |
| Remaining balance: | | $ | 30,611.00 |

[L] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 30,611.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 30,611.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,118.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 67.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 9,090.45 | 0.00 | 6,167.50 |
| 2 | Capital One Bank (USA), N.A. | 6,994.29 | 0.00 | 4,745.33 |
| 3 | PYOD LLC its successors and assigns as assignee of | 2,786.84 | 0.00 | 1,890.75 |
| 4 | Fia Card Services, NA/Bank of America | 26,246.89 | 0.00 | 17,807.42 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 30,611.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN

Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: lorsmith              Page 1 of 1          Date Rcvd: Jan 13, 2011
Case: 10-73061             Form ID: pdf006             Total Noticed: 16

The following entities were noticed by first class mail on Jan 15, 2011.
```
db          +Pauline F Kotenko,    10133 Ashley Street,    Huntley, IL 60142-2347
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +Michael Fradin,    Roth Melei,    454 W Virginia,    Crystal Lake, IL 60014-5966
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15726210    +Bank Of America/FIA Card Services,    In C/O Blitt And Gaines, P.C.,    661 W. Glenn Avenue,
             Wheeling, IL 60090-6017
15726211     Capital One,    In C/O James A. West, P.C.,    6380 Rogerdale Road, Ste. 130,
             Houston, TX  77072-1647
16050835     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
15726212    +Chase Bank,    PO Box 15153,    Wilmington, DE 19850-5153
16025625     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15726213     Citi Bank - Exxon Mobil,    In C/O Acb American, Inc.,    PO Box 177,    Cincinnati, OH  45201-0177
15726214     First Premier Bank,    PO Box 5147,    Sioux Falls, SD  57117-5147
15726215    +Freedom Fidelity Management,    1901 East Alton Avenue, Ste. 240,    Santa Ana, CA 92705-5850
15726208    +Kotenko Pauline F,    10133 Ashley Street,    Huntley, IL 60142-2347
16098924    +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15726209    +RothMelei,    454 W Virginia Street,    Crystal Lake, IL 60014-5966
```

The following entities were noticed by electronic transmission on Jan 13, 2011.
```
16378453     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2011 00:15:12
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2011**                    **Signature:**   *Joseph Speetjens*